USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 2, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
STAR FOREMAN,                      :
                                   :    20 Civ. 1118 (VM)
                    Plaintiff,     :
                                   :
       - against -                 :         ORDER
                                   :
FRED SEGAL, LLC,                   :
                                   :
                    Defendant.     :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on February 9, 2020, to date no service of process has been made on any defendant and no answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to advise the Court within seven (7) days of the date of this Order of plaintiff's contemplation with regard to further prosecution of this action. In the event no timely response to this Order is submitted by that date the Court may dismiss the complaint without further notice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
         September 2, 2020

_____
Victor Marrero
U.S.D.J.